Chad Conelly (SBN 022394)
CONELLY LAW GROUP PLLC
Indian Bend Corporate Centre
8161 E. Indian Bend Road, Suite 103
Scottsdale, Arizona 85250
Telephone: 480-268-2658
cc@arizonalegal.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Paris, | No.: 2:20-cv-01843-DLR |
| Plaintiff, | |
| v. | |
| IceArizona Hockey Co. LLC; Grant Buckborough and Jane Doe Buckborough, husband and wife; Patrick Murphy and Jane Doe Murphy, husband and wife; John Does 1-10; Jane Does 1-10; and ABC Entities 1-10, | **NOTICE OF SETTLEMENT** |
| Defendants. | |

Pursuant to Local Rule 40.2(d), counsel for Plaintiff David Paris notifies the Court the parties have settled this matter. The parties are negotiating a formal settlement agreement, which will dispose of the entire case, and the parties anticipate filing a stipulation to dismiss the case with prejudice within 30 days.

RESPECTFULLY SUBMITTED: April 8, 2021.

CONELLY LAW GROUP PLLC

*/s/ Chad Conelly*
Chad Conelly
*Attorneys for Plaintiff*

1

**CERTIFICATE OF FILING AND SERVICE**

I certify that on April 8, 2021, I electronically filed this document with the Clerk's Office using the CM/ECF System for filing and e-service upon:

Marina Mercer Carpenter
IceArizona Hockey Co LLC d/b/a the Arizona Coyotes
*Attorney for Defendants*

By:   s/ Chad Conelly